```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 03206
   LEONORA J LONDON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-7852

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 02/01/2005 and was confirmed 03/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/02/2008.
-----------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
 US BANK NA                 CURRENT MORTG   32604.76           .00     32604.76
 US BANK NA                 MORTGAGE ARRE   16062.79           .00     10050.93
 ADVOCATE TRINITY HOSPITA   UNSEC W/INTER NOT FILED            .00           .00
 ARONSON FURNITURE          SECURED           936.00         65.38       936.00
 AT & T WIRELESS            UNSEC W/INTER NOT FILED            .00           .00
 CITY OF CHICAGO PARKING    UNSEC W/INTER     540.00           .00           .00
 SECRETARY OF STATE         NOTICE ONLY   NOT FILED            .00           .00
 COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED            .00           .00
 ILLINOIS TITLE LOANS       UNSEC W/INTER    1111.98           .00           .00
 INSTANT CASH ADVANCE       UNSEC W/INTER NOT FILED            .00           .00
 LINDA SMITH                UNSEC W/INTER NOT FILED            .00           .00
 MCI TELECOMMUNICATIONS     UNSEC W/INTER NOT FILED            .00           .00
 PEOPLES GAS LIGHT & COKE   UNSEC W/INTER        .00           .00           .00
 CELLULAR ONE               UNSEC W/INTER NOT FILED            .00           .00
 VILLAGE RADIOLOGY          UNSEC W/INTER NOT FILED            .00           .00
 CURVES                     UNSEC W/INTER NOT FILED            .00           .00
 ARONSON FURNITURE          UNSEC W/INTER     786.77           .00           .00
 ILLINOIS TITLE LOANS       SECURED NOT I        .00           .00           .00
 MELVIN J KAPLAN            DEBTOR ATTY     2,700.00                     2,700.00
 TOM VAUGHN                 TRUSTEE                                      2,687.09
 DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
 TRUSTEE              49,044.16

 PRIORITY                                          .00
 SECURED                                      43,591.69
    INTEREST                                      65.38
 UNSECURED                                         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 03206 LEONORA J LONDON
```

```
ADMINISTRATIVE                                              2,700.00
TRUSTEE COMPENSATION                                        2,687.09
DEBTOR REFUND                                                    .00
                                    ---------------   ---------------
TOTALS                                    49,044.16         49,044.16
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 09/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
         CASE NO. 05 B 03206 LEONORA J LONDON